

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JAYSON WILLIAMS,

          Defendant.

Case: 4:24-cr-20433
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 08-07-2024
IND USA v. WILLIAMS (tt)

FILED
AUG 07 2024
U.S. DISTRICT COURT
FLINT, MICHIGAN

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
### 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition

On or about February 4, 2024, in the Eastern District of Michigan, JAYSON

WILLIAMS, knowing that he had been convicted of a crime or crimes punishable

by a term of imprisonment exceeding one year, knowingly possessed, in and

affecting commerce, ammunition, that is, eight rounds of ammunition including,

three rounds of Blazer 9 millimeter LUGER, three rounds of CBC 9 millimeter

LUGER, one round of FC 9 millimeter LUGER, and one round of Hornady 9

millimeter LUGER, in violation of Title 18 U.S.C. § 922(g)(l).

## **FORFEITURE ALLEGATION**
18 U.S.C. §924(d); 28 U.S.C. §2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §924(d)(1) and 28 U.S.C. §2461. Upon conviction of the offense charged in Count One of this Indictment, , shall forfeit to the United States, any firearm and ammunition involved in or used in any knowing violation of 18 U.S.C. § 922 including but not limited to three rounds of Blazer 9 millimeter LUGER, three rounds of CBC 9 millimeter LUGER, one round of FC 9 millimeter LUGER, and one round of Hornady 9 millimeter LUGER.

**THIS IS A TRUE BILL.**

Dated: August 7, 2024

s/GRAND JURY FOREPERSON
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/NANCY A. ABRAHAM
NANCY A. ABRHAM (P42060)
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
(810) 766-5177

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover S |
|---|---|

Case: 4:24-cr-20433
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 08-07-2024
IND USA v. WILLIAMS (tt)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)¹**: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: NAA |

**Case Title:** USA v. JAYSON WILLIAMS

**County where offense occurred :** Genesee

**Check One:**    ☑ Felony        ☐ Misdemeanor        ☐ Petty

　__X__ Indictment/____ Information --- **no** prior complaint.
　____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
　____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 7, 2024
_____
Date

s/Nancy A. Abraham
_____
Nancy A. Abraham
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: nancy.abraham@usdoj.gov

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them has already been terminated.

03/11/2013